IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICKY J. YODER,<br><br>    Plaintiff,<br><br>vs.<br><br>JORDAN FOREST PRODUCTS, LLC, JOHN RIMMER, ROBBIE FINCH, MARCUS HART, and ROGER REED,<br><br>    Defendants. | CIV. ACTION NO. 5:21-cv-00266<br><br>The Honorable Tilman E. Self, III<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff Rickey J. Yoder ("Yoder"), by and through the undersigned Counsel of Record, and hereby dismisses, subject to the parties' settlement, the above-captioned case. "[T]he plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or motion for summary judgment . . . ." Fed. R. Civ. P. 41(a)(1)(A)(i); see, e.g., Sargeant v. Hall, 951 F.3d 1280, 1287 (11th Cir. 2020) (explaining that Federal Rule 41(a)(1)(A)(i) was intended to preserve the plaintiff's ability to control the lawsuit early and permits voluntary dismissals without an order). Although Yoder filed the above-captioned complaint on July 28, 2021, no

responsive pleading or motion for summary judgment has been filed in this matter. Rather, the Court continued the default judgment hearing to permit the Parties to participate in mediation. (Doc. nos. 16-17, 20). Therefore, Yoder requests that, pursuant to Federal Rule 41(a)(1)(A)(i), that the Court dismiss, subject to the Parties' settlement agreement, the above-captioned case and that this matter be closed.

Respectfully submitted, this 18th day of March, 2022.

MOLDEN & ASSOCIATES

/s/ Regina S. Molden

REGINA S. MOLDEN
Georgia Bar No. 515454
T. ORLANDO PEARSON
Georgia Bar No. 180406
Peachtree Center – Harris Tower, Suite 1245
233 Peachtree Street, NE
Atlanta, Georgia 30303
(404) 324-4500
(404) 324-4501 (facsimile)
Email:  rmolden@moldenlaw.com
Email:  topearson@moldenlaw.com

*Counsel for Plaintiff Ricky J. Yoder*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICKY J. YODER,<br><br>Plaintiff,<br><br>vs.<br><br>JORDAN FOREST PRODUCTS, LLC, JOHN RIMMER, ROBBIE FINCH, MARCUS HART, and ROGER REED,<br><br>Defendants. | CIV. ACTION NO. 5:21-cv-00266<br><br>The Honorable Tilman E. Self, III<br><br>**JURY TRIAL DEMANDED** |

## **LOCAL RULE AND SERVICE CERTIFICATION**

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(B) and that the foregoing **Notice of Voluntary Dismissal** has been filed with the Clerk using the CM/ECF system which will send notification to the attorney(s) of record.

Respectfully submitted, this 18th day of March, 2022.

MOLDEN & ASSOCIATES

_____
T. ORLANDO PEARSON
Georgia Bar No. 180406
